UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Complete Business Solutions, Inc.,
a Michigan corporation,

Plaintiff,

vs.

Robert Schaeffer and
Abacus Group, LLC, a Minnesota
corporation limited liability company,

Defendants.

Court File No.: 00-CV-1941 (PAM/SRN)

**STIPULATION OF RULE 41 DISMISSAL WITHOUT PREJUDICE AND ORDER OF DISMISSAL**

---

The parties to this action, by and through their attorneys, hereby stipulate to the dismissal of all Plaintiff Complete Business Solutions, Inc.'s claims against Defendants Robert Schaeffer and Abacus Group, LLC in the above-captioned matter pursuant to Rule 41(a) (1)(ii) of the Federal Rules of Civil Procedure. The parties stipulate to this dismissal, without prejudice, and without costs or attorneys' fees to either party.

Dated: September 12, 2000

**BRIGGS AND MORGAN, P.A.**

By: [signature]
Charles B. Rogers (#130588)
Jason M. Hedican (#271548)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

1205315.2

FILED SEP 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**BUTZEL LONG**

By: Phillip Korovesis (#P40579)
James J. Giszczak (#P46917)
Suite 900, 150 West Jefferson
Detroit, MI 48226
(313) 225-7000

**ATTORNEYS FOR PLAINTIFF COMPLETE BUSINESS SOLUTIONS, INC.**

Dated: September 14, 2000

**FREDRIKSON & BYRON, P.A.**

By: Kathleen M. Miller
Steven Z. Kaplan (#53739)
Kathleen M. Miller (#0287246)
1100 International Center
900 Second Avenue South
Minneapolis, MN 55402-3397
(612) 347-7169/7130

**ATTORNEYS FOR DEFENDANTS ROBERT SCHAEFFER AND ABACUS GROUP, LLC**

**ORDER**

In accordance with the Stipulation of Rule 41 Dismissal Without Prejudice of Plaintiff's claims, by Jason M. Hedican on behalf of Plaintiff and Steven Z. Kaplan on behalf of Defendants,

**IT IS HEREBY ORDERED:**

1. That all of Plaintiff's claims against Defendants Robert Schaeffer and Abacus Group, LLC are dismissed, without prejudice and without attorneys' fees or costs to either party.

Dated: September 25, 2000

**BY THE COURT**

The Honorable Paul A. Magnuson
Chief Judge United States District Court